UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 10-cv-2987**

**MRI OF AMERICA, LLC and**
**MRI OF AMERICA III, LLC,**
        Plaintiffs

v.

**PHYSICIANS STAND-UP MRI, LP, also known as**
**PHYSICIANS STAND-UP MRI, LTD, a Texas limited partnership, and**
**AMERICAN DYNAMIC IMAGING, LTD, also known as**
**AMERICAN DYNAMIC IMAGING, LLP, a Texas limited partnership,**
        Defendants.

---

### ORDER

---

This matter comes before me on the Stipulated Motion for Dismissal of All Claims with

Prejudice and Stipulated Motion to Vacate Show Cause Order and January 20, 2011 Hearing

(doc. 10).  Having read the pleadings and motions, and being otherwise fully informed of the

premises, the Stipulation is APPROVED. All claims in this action are hereby DISMISSED

WITH PREJUDICE and the Show Cause Order issued December 27, 2010 and the hearing set

for January 20, 2011 in this matter are hereby VACATED.

Dated:  January 6, 2011                                        BY THE COURT:

                                                              **/s/ John L. Kane**
                                                              U.S. SENIOR DISTRICT JUDGE